IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

KRYZIA NICOLLE GARCIA GONZALEZ, et al.,

    Plaintiffs

    v.

LLOYD FAUBLE,

    Defendant

CIVIL NO. 05-1519 (JP)

### FINAL JUDGMENT

The parties hereto have informed the Court that they have settled this case. Pursuant thereto, the Court **ENTERS JUDGMENT FOR PLAINTIFF KRYZIA NICOLLE GARCIA-GONZALEZ** in the amount of $250,000, and **ENTERS JUDGMENT FOR PLAINTIFF EILEEN GONZALEZ-SANTANA** in the amount of $400,000.  This judgment is to be paid in the manner set forth in the settlement agreement at docket number 29.  The settlement agreement (No. 29) is fully incorporated into this Final Judgment.

This judgment is entered without the imposition of costs or attorneys' fees other than those provided in the settlement agreement (No. 29).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of November, 2006.

                            s/Jaime Pieras, Jr.
                             JAIME PIERAS, JR.
                        U.S. SENIOR DISTRICT JUDGE